# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSEPH C. KNEBL,<br>#1390338 | ) <br> ) | |
| Plaintiff, | ) <br> ) | 2:12-cv-01755-LRH-GWF |
| vs. | ) <br> ) | |
| STATE OF NEVADA, | ) <br> ) | **ORDER** |
| Defendant. | ) <br> ) | |

On October 4, 2012, the court received a handwritten document from plaintiff entitled Motion to Complain of False Imprisonment (ECF #1). Such document is insufficient to initiate a civil rights action in this court. First, a motion must also be accompanied by a civil rights complaint and either the full filing fee or an application to proceed *in forma pauperis*. Second, the Local Rules require plaintiffs appearing in *pro se*, such as this plaintiff, to file all of their applications to proceed *in forma pauperis* and complaints or petitions on the court's approved forms. LSR 2-1("[a] civil rights complaint filed by a person who is not represented by counsel shall be on the form provided by this court.").

Accordingly, plaintiff's action is dismissed without prejudice. If plaintiff wishes to pursue this matter, he should file a new action on this court's civil rights complaint form, with a new case number, along with either the $350 filing fee or a completed application to proceed *in forma pauperis* on the court-approved form. The application must be accompanied by all required financial documentation, as described in the instructions for use of the form. Finally, the court notes that a claim for false imprisonment would sound in state law.

///

///

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** plaintiff the approved forms for filing a civil rights lawsuits under 42 U.S.C. §1983, an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*."

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED this 5th day of November, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE